Case 11-15814-JDW  Doc 1-3  Filed 12/16/11  Entered 12/20/11 14:48:01  Desc
MSNB LIVE  Docket Report from Original Case 08-14413  Page 1 of 13
Case 11-15814-JDW  Doc 1-2  Filed 12/16/11  Entered 12/20/11 14:48:01  Desc
Docket Report from Original Case No. 08-14413  Page 1 of 13

DIVIDED

## U.S. Bankruptcy Court
## Northern District of Mississippi (Aberdeen)
## Bankruptcy Petition #: 08-14413-DWH
### Internal Use Only

*Date filed:* 10/24/2008

*Assigned to:* Judge David W. Houston III
Chapter 13
Voluntary
Asset

*Debtor*
**Gerald Randall Morris**
254 Woodview Road
Byhalia, MS 38611
DE SOTO-MS
SSN / ITIN: XXX-XX-0599

represented by **Christian T. Goeldner**
P.O. Box 1468
Southaven, MS 38671
662-342-7700
Email: chris@gpmlawfirm.net

*Trustee*
**Locke D. Barkley**
P.O. Box 55829
Jackson, MS 39296-5829
601-355-6661

*U.S. Trustee*
**U. S. Trustee**
501 East Court Street, Suite 6-430
Jackson, MS 39201
601-965-5241

| Filing Date | # | Docket Text |
|---|---|---|
| 10/24/2008 | 1 | Chapter 13 Voluntary Petition . Government Proof of Claim due by 04/22/2009. (Abbott, LeAnne) (Entered: 10/24/2008) |
| 10/24/2008 | 2 | Official Form 21 Statement of Social Security Number Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 10/24/2008) |
| 10/24/2008 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(08-14413) [misc,volp13a] ( 274.00). Receipt number 1820952, amount $ 274.00. (U.S. Treasury) (Entered: 10/24/2008) |
| | | Certificate of Credit Counseling Filed by LeAnne L. Abbott on |

| 10/24/2008 | 3 | behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 10/24/2008) |
|---|---|---|
| 10/24/2008 | 4 | Chapter 13 Plan Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris (Abbott, LeAnne) (Entered: 10/24/2008) |
| 10/24/2008 | 5 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 10/24/2008) |
| 10/24/2008 | 6 | Certification of Compliance of Filing of Payment Advices with Trustee Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 10/24/2008) |
| 10/28/2008 | 7 | Amended Schedule D Amended Schedule F Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 10/28/2008) |
| 10/28/2008 |  | Receipt of filing fee for Schedule DEF(08-14413-DWH) [misc,schdef] ( 26.00). Receipt number 1826466, amount $ 26.00. (U.S. Treasury) (Entered: 10/28/2008) |
| 10/28/2008 | 8 | Certificate of Service Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris RE: (related document(s)7 Schedule DEF filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris). (Attachments: 1 Amd Schedule D & F) (Abbott, LeAnne) (Entered: 10/28/2008) |
| 10/30/2008 | 9 | Creditor Request for Notices Filed by Republic Finance Department. (Ascension Capital Group, Inc. - emr) (Entered: 10/30/2008) |
| 10/30/2008 | 10 | Creditor Request for Notices Filed by Capital One Auto Finance Department. (Ascension Capital Group, Inc. - emr) (Entered: 10/30/2008) |
| 10/31/2008 | 11 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 10/31/2008) |
| 10/31/2008 | 12 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 10/31/2008) |
|  |  | Meeting of Creditors . 341(a) meeting to be held on 12/16/2008 |

Case 11-15814-JDW   Doc 1-3   Filed 12/16/11   Entered 12/20/11 14:48:01   Desc
MSNB-LIVE   Docket Report from Original Case 08-14413   Page 3 of 13
Case 11-15814-JDW   Doc 1-2   Filed 12/16/11   Entered 12/20/11 14:48:01   Desc
Docket Report from Original Case No. 08-14413   Page 3 of 13

| | | |
|---|---|---|
| 10/31/2008 | 13 | at 10:00 AM at DeSoto Civic Center, Southaven. Non-Government Proofs of Claims due by 3/16/2009. Last day to oppose discharge or dischargeability is 2/17/2009. Last Day to Object to Confirmation 1/2/2009. (EPIQ) (Entered: 10/31/2008) |
| 11/06/2008 | 14 | Notice of Appearance and Request for Notice by Emily Kaye Courteau Filed by Emily Kaye Courteau on behalf of GMAC Mortgage, LLC. (Courteau, Emily) (Entered: 11/06/2008) |
| 11/11/2008 | 15 | Creditor Request for Notices Filed by Recovery Management Systems Corporation. (Recovery Management Systems Corporation - rs) (Entered: 11/11/2008) |
| 11/20/2008 | 16 | Release of Wages. (Staff2, Locke D. Barkley) (Entered: 11/20/2008) |
| 11/20/2008 | 17 | Release of Wages. (Staff2, Locke D. Barkley) (Entered: 11/20/2008) |
| 11/20/2008 | 18 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 11/20/2008) |
| 12/02/2008 | 19 | Objection to Claim of Desoto County Tax Collector Filed by Gerald Randall Morris, Vicki Treadway Morris. (Attachments: 1 Proposed Order) (Abbott, LeAnne) (Entered: 12/02/2008) |
| 12/03/2008 | 20 | Amended Schedule I Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 12/03/2008) |
| 12/03/2008 | 21 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 12/03/2008) |
| 12/03/2008 | 22 | Certificate of Service Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris RE: (related document(s)20 Schedule I - Average Income filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris). (Attachments: 1 Amended Schedule I) (Abbott, LeAnne) (Entered: 12/03/2008) |
| | | Certificate of Service Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris RE: (related document(s)21 Chapter 13 Statement of Current Monthly and Disposable Income filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris). (Attachments: 1 |

| | | |
|---|---|---|
| 12/03/2008 | ⊙ 23 | Amended Means) (Abbott, LeAnne) (Entered: 12/03/2008) |
| 12/09/2008 | ⊙ 24 | Hearing Set On (RE: related document(s) 19 Objection to Claim of Desoto County Tax Collector Filed by Gerald Randall Morris, Vicki Treadway Morris.). Hearing scheduled for 2/26/2009 at 01:30 PM at Oxford Federal Building. Responses due by 1/14/2009. Entered on Docket by: (SAR) (Entered: 12/09/2008) |
| 12/10/2008 | ⊙ 25 | Certificate of Service Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris RE: (related document(s)19 Objection to Claim filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris, 24 Hearing Set (Document)). (Attachments: 1 Notice of Hearing 2 Objection to POC of Desoto County Tax Collector) (Abbott, LeAnne) (Entered: 12/10/2008) |
| 12/18/2008 | ⊙ | Meeting of Creditors Held *12/16/08*. (Staff2, Locke D. Barkley) (Entered: 12/18/2008) |
| 12/31/2008 | ⊙ 26 | Objection to Confirmation of Chapter 13 Plan Filed by Locke D. Barkley on behalf of Locke D. Barkley (Barkley, Locke) (Entered: 12/31/2008) |
| 01/15/2009 | ⊙ 27 | Notice of Appearance and Request for Notice by Robert Alan Byrd Filed by Robert Alan Byrd on behalf of Wachovia Dealer Services. (Byrd, Robert) (Entered: 01/15/2009) |
| 01/21/2009 | ⊙ 28 | Order Granting (Re: 19 Objection to Claim filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris). Entered on Docket by: (SAR) (Entered: 01/21/2009) |
| 01/22/2009 | ⊙ 29 | Proposed Order Filed by Robert Alan Byrd on behalf of Wachovia Dealer Services. (Byrd, Robert) (Entered: 01/22/2009) |
| 01/23/2009 | ⊙ 30 | BNC Certificate of Service No. of Notices: 3. Service Date 01/23/2009. (Related Doc # 28) (Admin.) (Entered: 01/24/2009) |
| 01/26/2009 | ⊙ 31 | Order Granting ore tenus Motion by Wachovia Dealer Services to Lift Automatic Stay and Abandon Property. Entered on Docket by: (SAR) (Entered: 01/26/2009) |
| 01/28/2009 | ⊙ 32 | BNC Certificate of Service No. of Notices: 2. Service Date 01/28/2009. (Related Doc # 31) (Admin.) (Entered: 01/29/2009) |

Case 11-15814-JDW    Doc 1-3    Filed 12/16/11    Entered 12/20/11 14:48:01    Desc
MSNB LIVE    Docket Report from Original Case No. 08-14413    Page 5 of 13
Case 11-15814-JDW    Doc 1-2    Filed 12/16/11    Entered 12/20/11 14:48:01    Desc
Docket Report from Original Case No. 08-14413    Page 5 of 13

| | | |
|---|---|---|
| 01/29/2009 | 🔍 33 | Hearing Set On (RE: related document(s) 26 Objection to Confirmation of Chapter 13 Plan Filed by Locke D. Barkley on behalf of Locke D. Barkley). Hearing scheduled for 2/26/2009 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (WWE) (Entered: 01/29/2009) |
| 01/31/2009 | 🔍 34 | BNC Certificate of Service No. of Notices: 2. Service Date 01/31/2009. (Related Doc # 33) (Admin.) (Entered: 02/01/2009) |
| 02/26/2009 | 🔍 | Hearing Held. Objection to be withdrawn. Locke D. Barkley to submit order. (RE: related document(s)26 Objection to Confirmation of the Chapter 13 Plan filed by Trustee Locke D. Barkley). Order Due by 3/9/2009 Entered on Docket by: (SAR) (Entered: 03/03/2009) |
| 03/03/2009 | 🔍 35 | Proposed Order Filed by Locke D. Barkley on behalf of Locke D. Barkley RE: (related document(s)26 Objection to Confirmation of the Chapter 13 Plan filed by Trustee Locke D. Barkley). (Barkley, Locke) (Entered: 03/03/2009) |
| 03/06/2009 | 🔍 36 | Order Withdrawing (Re: 26 Objection to Confirmation of the Chapter 13 Plan filed by Trustee Locke D. Barkley). Entered on Docket by: (SAR) (Entered: 03/06/2009) |
| 03/08/2009 | | (private) Set Plan Complete Deadline . Entered on Docket by: (GAJ) (Entered: 03/08/2009) |
| 03/08/2009 | 🔍 37 | BNC Certificate of Service No. of Notices: 1. Service Date 03/08/2009. (Related Doc # 36) (Admin.) (Entered: 03/09/2009) |
| 03/18/2009 | 🔍 38 | Notice of Prerequisites to Confirmation of Plan . Entered on Docket by: (SAR) (Entered: 03/18/2009) |
| 03/20/2009 | 🔍 39 | BNC Certificate of Service No. of Notices: 1. Service Date 03/20/2009. (Related Doc # 38) (Admin.) (Entered: 03/21/2009) |
| 03/24/2009 | 🔍 40 | Certificate of Service Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris RE: (related document(s)4 Chapter 13 Plan filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris). (Attachments: 1 plan2 matrix) (Abbott, LeAnne) (Entered: 03/24/2009) |
| | | (private) Flags Set-Reset . Removed Notice of Appearance |

| | | |
|---|---|---|
| 03/25/2009 | | Flag. Entered on Docket by: (SAR) (Entered: 03/25/2009) |
| 03/25/2009 | 41 | Order Confirming Chapter 13 Plan and Resolving Objections to Secured Claims. (Re: 4 Chapter 13 Plan filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris, 13 Meeting of Creditors). Entered on Docket by: (SAR) (Entered: 03/25/2009) |
| 03/27/2009 | 42 | BNC Certificate of Service No. of Notices: 23. Service Date 03/27/2009. (Related Doc # 41) (Admin.) (Entered: 03/28/2009) |
| 04/07/2009 | 43 | Motion by Trustee to Allow Claims and Order Thereon. (Staff2, Locke D. Barkley) (Entered: 04/07/2009) |
| 04/23/2009 | 44 | Notice of Change of Address Filed by Republic Finance Department . Entered on Docket by: (SGF) (Entered: 04/23/2009) |
| 04/28/2009 | 45 | Notice of Appearance and Request for Notice by Michael Alan Jedynak Filed by Michael Alan Jedynak on behalf of GMAC Mortgage, LLC. (Jedynak, Michael) (Entered: 04/28/2009) |
| 04/29/2009 | | (private) Flags Set-Reset . Entered on Docket by: (SAR) (Entered: 04/29/2009) |
| 04/29/2009 | 46 | Motion to Abandon ., Motion for Adequate Protection , Motion for Relief from Stay . Filed by Michael Alan Jedynak on behalf of GMAC Mortgage, LLC. Objections to Motion for Relief from Stay due by 05/18/2009. (Attachments: 1 Exhibit) (Jedynak, Michael) (Entered: 04/29/2009) |
| 04/29/2009 | | Receipt of filing fee for Motion for Relief From Stay(08-14413-DWH) [motion,mrlfsty] ( 150.00). Receipt number 2092967, amount $ 150.00. (U.S. Treasury) (Entered: 04/29/2009) |
| 04/30/2009 | 47 | Hearing Set On (RE: related document(s) 46 Motion to Abandon ., Motion for Adequate Protection , Motion for Relief from Stay . Filed by Michael Alan Jedynak on behalf of GMAC Mortgage, LLC. Objections to Motion for Relief from Stay due by 05/18/2009.). Hearing scheduled for 5/27/2009 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (WWE) (Entered: 04/30/2009) |
| | | Response Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris (RE: related document (s)46 Motion to Abandon filed by Creditor GMAC Mortgage, |

| | | |
|---|---|---|
| 04/30/2009 | 48 | LLC, Motion for Adequate Protection, Motion for Relief From Stay). (Abbott, LeAnne) (Entered: 04/30/2009) |
| 05/02/2009 | 49 | BNC Certificate of Service No. of Notices: 1. Service Date 05/02/2009. (Related Doc # 47) (Admin.) (Entered: 05/03/2009) |
| 05/26/2009 | 50 | Proposed Order Filed by Michael Alan Jedynak on behalf of GMAC Mortgage, LLC RE: (related document(s)46 Motion to Abandon filed by Creditor GMAC Mortgage, LLC, Motion for Adequate Protection, Motion for Relief From Stay). (Jedynak, Michael) (Entered: 05/26/2009) |
| 05/27/2009 | | Hearing Not Held. Michael Alan Jedynak to submit order. (RE: related document(s)46 Motion to Abandon filed by Creditor GMAC Mortgage, LLC, Motion for Adequate Protection, Motion for Relief From Stay). Order Due by 6/8/2009. Continued to get more information to 1:30 p.m. 6/24/09, Oxford. Entered on Docket by: (VSD) (Entered: 06/02/2009) |
| 05/29/2009 | 51 | Agreed Order to Continue Hearing (Re: 46 Motion to Abandon filed by Creditor GMAC Mortgage, LLC). Hearing scheduled for 6/24/2009 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (SAR) (Entered: 05/29/2009) |
| 05/31/2009 | 52 | BNC Certificate of Service No. of Notices: 1. Service Date 05/31/2009. (Related Doc # 51) (Admin.) (Entered: 06/01/2009) |
| 06/24/2009 | 53 | Proposed Order Filed by Michael Alan Jedynak on behalf of GMAC Mortgage, LLC RE: (related document(s)46 Motion to Abandon filed by Creditor GMAC Mortgage, LLC, Motion for Adequate Protection, Motion for Relief From Stay). (Jedynak, Michael) (Entered: 06/24/2009) |
| 06/24/2009 | | Hearing Held. Settled; agreed order. Michael Alan Jedynak to submit order. (RE: related document(s)46 Motion to Abandon filed by Creditor GMAC Mortgage, LLC, Motion for Adequate Protection, Motion for Relief From Stay). Order Due by 7/6/2009 Entered on Docket by: (SGF) (Entered: 06/29/2009) |
| 06/30/2009 | 54 | Agreed Order Conditionally Denying Motion To Abandon (Related Doc # 46), Resolving Motion For Adequate Protection (Related Doc # 46), Conditionally Denying Motion For Relief From Stay by GMAC Mortgage, LLC. (Related Doc # 46) Entered on Docket by: (SAR) (Entered: 06/30/2009) |

Case 11-15814-JDW  Doc 1-3  Filed 12/16/11  Entered 12/20/11 14:48:01  Desc
Docket Report from Original Case No. 08-14413  Page 8 of 13

| | | |
|---|---|---|
| 07/02/2009 | 55 | BNC Certificate of Service No. of Notices: 1. Service Date 07/02/2009. (Related Doc # 54) (Admin.) (Entered: 07/03/2009) |
| 07/10/2009 | 56 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 07/10/2009) |
| 07/28/2009 | 57 | Motion to Modify Plan Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 07/28/2009) |
| 07/29/2009 | 58 | Notice of Motion or Application (RE: related document(s)57 Modify Plan filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris). Objections due by 8/28/2009. Entered on Docket by: (SAR) (Entered: 07/29/2009) |
| 07/29/2009 |  | Court Certificate of Mailing; cc: Debtor(s) Attorney (RE: related document(s)58 Notice of Motion or Application). Mailed 7/30/09. Entered on Docket by: (SAR) (Entered: 07/29/2009) |
| 07/30/2009 | 59 | Certificate of Service Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris RE: (related document(s)57 Modify Plan filed by Joint Debtor Vicki Treadway Morris, Debtor Gerald Randall Morris, 58 Notice of Motion or Application). (Attachments: 1 Motion to Modify 2 Notice of Motion to Modify 3 Matrix) (Abbott, LeAnne) (Entered: 07/30/2009) |
| 09/02/2009 | 60 | Order Granting Motion To Modify Plan (Related Doc # 57) Entered on Docket by: (SAR) (Entered: 09/02/2009) |
| 09/04/2009 | 61 | BNC Certificate of Service No. of Notices: 1. Service Date 09/04/2009. (Related Doc # 60) (Admin.) (Entered: 09/05/2009) |
| 09/23/2009 | 62 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 09/23/2009) |
| 09/24/2009 | 63 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 09/24/2009) |
| 09/24/2009 | 64 | Order to Pay Wages to Trustee. (Staff2, Locke D. Barkley) (Entered: 09/24/2009) |
| | | Notice by Creditor of Termination of Automatic Stay Filed by Michael Alan Jedynak on behalf of GMAC Mortgage, LLC |

| | | |
|---|---|---|
| 11/12/2009 | 65 | (RE: related document(s)54 Order on Motion to Abandon, Order on Motion for Adequate Protection, Order on Motion For Relief From Stay). (Jedynak, Michael) (Entered: 11/12/2009) |
| 12/22/2009 | 66 | Notice of Change of Address Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Abbott, LeAnne) (Entered: 12/22/2009) |
| 12/29/2009 | 67 | Motion To Substitute Attorney Filed by LeAnne L. Abbott on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Attachments: 1 Proposed Order) (Abbott, LeAnne) (Entered: 12/29/2009) |
| 12/30/2009 | 68 | Order Granting Motion to Substitute Attorney adding Paige McDowell for Gerald Randall Morris and Vicki Treadway Morris, terminating LeAnne L. Abbott. (Related Doc # 67) Entered on Docket by: (SAR) (Entered: 12/30/2009) |
| 01/01/2010 | 69 | BNC Certificate of Service No. of Notices: 1. Service Date 01/01/2010. (Related Doc # 68) (Admin.) (Entered: 01/02/2010) |
| 01/05/2010 | 70 | Motion by Trustee to Allow Claims and Order Thereon. (Staff2, Locke D. Barkley) (Entered: 01/05/2010) |
| 01/14/2010 | 71 | Notice of Change of Address Filed by Paige McDowell on behalf of Gerald Randall Morris, Vicki Treadway Morris. (McDowell, Paige) (Entered: 01/14/2010) |
| 09/03/2010 | 72 | Motion for Relief from Stay ., Motion to Abandon ., Motion for Adequate Protection Filed by James Eldred Renfroe on behalf of Trustmark National Bank. Objections to Motion for Relief from Stay due by 09/21/2010. (Renfroe, James) (Entered: 09/03/2010) |
| 09/03/2010 | | Receipt of filing fee for Motion for Relief From Stay(08-14413-DWH) [motion,mrlfsty] ( 150.00). Receipt number 2824377, amount $ 150.00. (U.S. Treasury) (Entered: 09/03/2010) |
| 09/07/2010 | 73 | Hearing Set On (RE: related document(s) 72 Motion for Relief from Stay ., Motion to Abandon ., Motion for Adequate Protection Filed by James Eldred Renfroe on behalf of Trustmark National Bank. Objections to Motion for Relief from Stay due by 09/21/2010.). Hearing scheduled for 9/23/2010 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (WWE) (Entered: 09/07/2010) |

Case 11-15814-JDW Doc 1-3 Filed 12/16/11 Entered 12/20/11 14:48:01 Desc
MSNB-LIVE Docket Report from Original Case No. 08-14413 Page 10 of 13
Case 11-15814-JDW Doc 1-2 Filed 12/16/11 Entered 12/20/11 14:48:01 Desc
Docket Report from Original Case No. 08-14413 Page 10 of 13

| | | |
|---|---|---|
| 09/09/2010 | 74 | BNC Certificate of Service No. of Notices: 2. Service Date 09/09/2010. (Related Doc # 73) (Admin.) (Entered: 09/10/2010) |
| 09/16/2010 | 75 | Proposed Order Filed by James Eldred Renfroe on behalf of Trustmark National Bank RE: (related document(s)72 Motion for Relief From Stay filed by Creditor Trustmark National Bank, Motion to Abandon, Motion for Adequate Protection). (Renfroe, James) (Entered: 09/16/2010) |
| 09/22/2010 | 76 | Order Granting Motion For Relief From Stay (Related Doc # 72), Granting Motion To Abandon as to Trustmark National Bank. (Related Doc # 72 Entered on Docket by: (SAR) (Entered: 09/22/2010) |
| 09/24/2010 | 77 | BNC Certificate of Service No. of Notices: 2. Service Date 09/24/2010. (Related Doc # 76) (Admin.) (Entered: 09/25/2010) |
| 02/03/2011 | 78 | Proposed Order Filed by Christian T. Goeldner on behalf of Gerald Randall Morris, Vicki Treadway Morris. (Goeldner, Christian) (Entered: 02/03/2011) |
| 02/07/2011 | 79 | Order on Ore Tenus Motion to Substitute Attorney . Terminated Paige McDowell . Entered on Docket by: (SAR) (Entered: 02/07/2011) |
| 02/09/2011 | 80 | BNC Certificate of Service No. of Notices: 2. Service Date 02/09/2011. (Related Doc # 79) (Admin.) (Entered: 02/09/2011) |
| 11/16/2011 | 81 | Proposed Order Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris. (O'Brien, Kevin) (Entered: 11/16/2011) |
| 11/16/2011 | 82 | Motion to Divide Case . Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris. (O'Brien, Kevin) (Entered: 11/16/2011) |
| | | CLERK'S REQUEST FOR CORRECTIVE ACTION. Failure to correct the deficiency(ies) as stated within 2 business days from the date of filing may result in the filed item being dismissed or stricken. ********THE FEE OF $281.00 MUST BE PAID AT THE TIME THE MOTION TO DIVIDE IS FILED. PLEASE REFILE THE MOTION WITH THE FEE******** (RE: related document(s)82 Motion to Divide Case filed by Joint Debtor Vicki Treadway Morris). Corrective Action due by 11/21/2011. Entered on Docket by: (SAR) |

Case 11-15814-JDW   Doc 1-3   Filed 12/16/11   Entered 12/20/11 14:48:01   Desc
MSNB LIVE Docket Report from Original Case 08-14413   Page 11 of 13
Case 11-15814-JDW   Doc 1-2   Filed 12/16/11   Entered 12/20/11 14:48:01   Page 11 of 13
Docket Report from Original Case No. 08-14413   Page 11 of 13

| Date | Doc # | Description |
|---|---|---|
| 11/17/2011 | ● | (Entered: 11/17/2011) |
| 11/17/2011 | ● 83 | Clerk's Notice of Internet Fees Due . Entered on Docket by: (ETG) (Entered: 11/17/2011) |
| 11/18/2011 | | Receipt of filing fee for Motion to Divide Case(08-14413-DWH) [motion,mdiv] ( 281.00). Receipt number 3438361, amount $ 281.00. (U.S. Treasury) (Entered: 11/18/2011) |
| 11/18/2011 | | (private) Deadlines terminated. Fee has been paid to divide this case. Entered on Docket by: (SAR) (Entered: 11/18/2011) |
| 11/18/2011 | ● 84 | Notice of Motion or Application (RE: related document(s)82 Motion to Divide Case filed by Joint Debtor Vicki Treadway Morris). Objections due by 12/12/2011. Entered on Docket by: (SAR) (Entered: 11/18/2011) |
| 11/18/2011 | ● | Court Certificate of Mailing; cc: Debtor(s) Attorney, Kevin O'Brien (RE: related document(s)84 Notice of Motion or Application). Mailed 11/21/11. Entered on Docket by: (SAR) (Entered: 11/18/2011) |
| 11/18/2011 | ● 85 | Release of Wages. (Staff1, Locke D. Barkley) (Entered: 11/18/2011) |
| 11/18/2011 | ● 86 | Order to Pay Wages to Trustee. (Staff1, Locke D. Barkley) (Entered: 11/18/2011) |
| 11/18/2011 | ● 87 | Order on Ore Tenus Motion to Substitute Attorney . Terminated Christian T. Goeldner for Vicki Morris. Entered on Docket by: (SAR) (Entered: 11/18/2011) |
| 11/18/2011 | ● 88 | Expedited Motion To Suspend Plan Payments Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris. (O'Brien, Kevin) (Entered: 11/18/2011) |
| 11/18/2011 | ● 89 | Motion Shorten Time Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris. (Attachments: 1 Proposed Order) (O'Brien, Kevin) (Entered: 11/18/2011) |
| 11/19/2011 | ● 90 | BNC Certificate of Service No. of Notices: 1. Notice Date 11/19/2011. (Related Doc # 83) (Admin.) (Entered: 11/20/2011) |
| 11/20/2011 | ● 91 | BNC Certificate of Service No. of Notices: 2. Notice Date 11/20/2011. (Related Doc # 87) (Admin.) (Entered: 11/21/2011) |

| | | |
|---|---|---|
| 11/21/2011 | 🔗 | CLERK'S REQUEST FOR CORRECTIVE ACTION. Failure to correct the deficiency(ies) as stated within 2 business days from the date of filing may result in the filed item being dismissed or stricken. ********FOR YOUR INFORMATION ONLY-- THESE MOTION CANNOT BE PROCESSED UNTIL THE CASE IS DIVIDED******** (RE: related document(s)88 Motion to Suspend Plan Payments filed by Joint Debtor Vicki Treadway Morris, 89 Motion to Extend/Shorten Time filed by Joint Debtor Vicki Treadway Morris). Entered on Docket by: (SAR) (Entered: 11/21/2011) |
| 11/21/2011 | | (private) Deadlines terminated. Sent for information only.. Entered on Docket by: (SAR) (Entered: 11/21/2011) |
| 11/21/2011 | 🔗 92 | Order Granting Motion to Shorten Time (Related Doc # 89) Entered on Docket by: (SAR) (Entered: 11/21/2011) |
| 11/21/2011 | 🔗 93 | Notice of Motion or Application (RE: related document(s)88 Motion to Suspend Plan Payments filed by Joint Debtor Vicki Treadway Morris). Objections due by 12/5/2011. Entered on Docket by: (SAR) (Entered: 11/21/2011) |
| 11/21/2011 | 🔗 | Court Certificate of Mailing; cc: Kevin O'Brien. (RE: related document(s)93 Notice of Motion or Application). Mailed 11/22/11. Entered on Docket by: (SAR) (Entered: 11/21/2011) |
| 11/23/2011 | 🔗 94 | CAUTION: INCORRECT PAYMENT METHOD. SEE DOCUMENT 99 FOR CORRECTION. Release of Wages. (Staff1, Locke D. Barkley) Modified on 11/29/2011 (Barker, Carrie). (Entered: 11/23/2011) |
| 11/23/2011 | 🔗 95 | Order to Pay Wages to Trustee. (Staff1, Locke D. Barkley) (Entered: 11/23/2011) |
| 11/23/2011 | 🔗 96 | Certificate of Service Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris RE: (related document(s)82 Motion to Divide Case filed by Joint Debtor Vicki Treadway Morris, 84 Notice of Motion or Application). (O'Brien, Kevin) (Entered: 11/23/2011) |
| 11/23/2011 | 🔗 97 | Certificate of Service Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris RE: (related document(s)88 Motion to Suspend Plan Payments filed by Joint Debtor Vicki Treadway Morris, 93 Notice of Motion or Application). (O'Brien, Kevin) (Entered: 11/23/2011) |
| | | BNC Certificate of Service No. of Notices: 1. Notice Date |

Case 11-15814-JDW    Doc 1-3    Filed 12/16/11    Entered 12/20/11 14:48:01    Desc
Docket Report from Original Case No. 08-14413    Page 13 of 13

MSNB LIVE                                                                    Page 13 of 13

| | | |
|---|---|---|
| 11/23/2011 | 98 | 11/23/2011. (Related Doc # 92) (Admin.) (Entered: 11/24/2011) |
| 11/28/2011 | 99 | Release of Wages. (Staff1, Locke D. Barkley) (Entered: 11/28/2011) |
| 12/06/2011 | 100 | The court hereby orders and directs Kevin F. O'Brien to submit a proposed order (Re: 88 Motion to Suspend Plan Payments filed by Joint Debtor Vicki Treadway Morris). Order Due by 12/20/2011 Entered on Docket by: (SAR) (Entered: 12/06/2011) |
| 12/06/2011 | 101 | Proposed Order Filed by Kevin F. O'Brien on behalf of Vicki Treadway Morris RE: (related document(s)88 Motion to Suspend Plan Payments filed by Joint Debtor Vicki Treadway Morris). (O'Brien, Kevin) (Entered: 12/06/2011) |
| 12/09/2011 | 102 | Joint Transfer Agreement 3001 (e) 2 Transferor: Roundup Funding, LLC (Claim No. 7) To East Bay Funding, LLC Transfer of Claim. Filed by East Bay Funding, LLC. (Resurgent Capital Services - sig) (Entered: 12/09/2011) |
| 12/11/2011 | 103 | BNC Certificate of Service No. of Notices: 0. Notice Date 12/11/2011. (Related Doc # 102) (Admin.) (Entered: 12/12/2011) |
| 12/12/2011 | 104 | Order Granting Motion To Suspend Plan Payments (Related Doc # 88) Entered on Docket by: (SAR) (Entered: 12/12/2011) |
| 12/14/2011 | 105 | BNC Certificate of Service No. of Notices: 2. Notice Date 12/14/2011. (Related Doc # 104) (Admin.) (Entered: 12/15/2011) |
| 12/16/2011 | 106 | Order Granting Motion to Divide Case. (Related Doc # 82) Entered on Docket by: (SAR) (Entered: 12/16/2011) |
| 12/18/2011 | 107 | BNC Certificate of Service No. of Notices: 20. Notice Date 12/18/2011. (Related Doc # 106) (Admin.) (Entered: 12/19/2011) |