### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| RE:   Vicki Treadway Morris | Case No.   11-15814-JDW |
| Debtor(s) | Chapter:   13 |

### MOTION TO SET ASIDE ORDER DISMISSING CASE [dkt#28]

COMES NOW the Debtor, VICKI TREADWAY MORRIS, by and through counsel, Kevin F. O'Brien and files this Motion to Set Aside Order Dismissing Case [dkt#28], and pursuant thereto would respectfully state unto this Honorable Court as follows:

1. On April 24, 2014, a conditional order [dkt#26] denying the Trustee's Motion to Dismiss was entered wherein the Debtor agreed to pay the Trustee $175.00 on or before May 6, 2014.

2. The Debtor attempted to make this payment by personal check which was rejected by the Trustee.

3. On May 15, 2014, the Final Order on Trustee's Ore Tenus Motion to Dismiss was entered. [Dkt#28]

4. Debtor has been issued a refund by the Trustee of the funds on hand.

5. The debtor will tender, in a form acceptable to the Trustee, all funds necessary to complete the plan on or before this matter comes to be heard.

WHEREFORE PREMISES CONSIDERED, the Debtor respectfully requests that the Order Dismissing Case [dkt#28] be set aside and for such further relief to which he may be entitled.

    Respectfully submitted,
    O'BRIEN LAW FIRM, LLC

    /s/ Kevin F. O'Brien
    By: Kevin F. O'Brien, #10731
    Attorney for Debtor
    1630 Goodman Rd. E., Ste. 5
    Southaven, MS 38671
    (662) 349-3339
    bankruptcy@obrienfirm.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

In Re:  **Vicki Treadway Morris**                                          Case No.        11-15814-JDW

**Debtors**                                                                              **Chapter**         **13**

### CERTIFICATE OF SERVICE

The undersigned individual hereby certifies that he, on this 9th day of July, 2014, mailed, postage prepaid, first-class, U.S. Mail, or electronically delivered true and correct copies of the attached "MOTION TO SET ASIDE ORDER DISMISSING CASE [dkt#28]" to all parties listed at the addresses below:

**Hon. Locke Barkley
Chapter 13 Trustee
sbeasley@barkley13.com**

**U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov**

/s/ Kevin F. O'Brien
**O'Brien Law Firm, LLC
1630 Goodman Road East, Suite 5
Southaven, MS. 38671
(662) 349-3339**